IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:07CR121
                               )
       v.                      )
                               )
TIMOTHY MELCHER,               )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 21). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Thursday, September 27, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 5th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court